Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, HSBC Bank USA, National Association, as Trustee for DBALT 2006-AF1, its assignees and/or successors and the servicing agent Americas Servicing Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-13252-mkn |
| | ) |
| Altes Mathieu, | ) Chapter 13 |
| | ) |
| | ) DATE:  05/26/10 |
| Debtor. | ) TIME:   01:30 pm |
| | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **ORDER TERMINATING AUTOMATIC** |
| | ) **STAY** |

**CERTIFICATE OF SERVICE**

On 7/24/10, I served the foregoing **ORDER TERMINATING AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
George Haines
ghaines@hainesandkrieger.com

TRUSTEE
Kathleen A. Leavitt
Courtsecf3@las13.com
///

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                               /s/ Alexandru Nicolau

On 7/23/2010, I served the foregoing **ORDER TERMINATING AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

COUNSEL FOR DEBTOR
George Haines, Esq.
1020 Garces Avenue
Las Vegas, NV 89101

TRUSTEE
Kathleen A. Leavitt
201 Las Vegas Blvd., SO #200
Las Vegas, NV 89101

DEBTOR
Altes Mathieu
6108 West Ridgecarn Avenue
Las Vegas, NV 89130

Specialized Loan Servicing LLC
8742 Lucent Boulevard, Suite 300
Highlands Ranch, CO 80129

HSBC Bank USA
c/o McCarthy Holthus LLP
9510 West Sahara Suite #110
Las Vegas, NV 89117

Americas Servicing Co
Attn: Managing Agent
7485 New Horizon Way
Frederick, MD 21703

Republic Service
Attn: Managing Agent
770 E. Sahara
Las Vegas, NV 89015

///

1. Beneficial/HFC
   Attn: Managing Agent
   P.O. Box 1547
   Chesapeake, VA 23327

2. City of Las Vegas Sewer
   Deparment of Finance & Business Services
   P.O. Box 52794
   Phoenix, AZ 85072

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                            /s/ David Fry