

**Entered on Docket
August 02, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, HSBC Bank USA, National Association, as Trustee for DBALT 2006-AF1, its assignees and/or successors and the servicing agent Americas Servicing Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Altes Mathieu,<br><br>      Debtor. | ) Case No.: 10-13252-mkn<br>)<br>) Chapter 13<br>)<br>) DATE: 05/26/10<br>) TIME: 01:30 pm<br>)<br>) **AMENDED ORDER TERMINATING**<br>) **AUTOMATIC STAY**<br>) |

///

///

*Rev. 12.09*                                                                 M&H File No. NV-10-23801
                                                                                              10-13252-mkn

The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 6108 Ridgecarn Avenue, Las Vegas, NV 89130.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS FURTHER ORDERED that Movant must rescind and re-record any existing Notice of Default before conducting a sale of the property.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*_____
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*/s/George Haines*_____
George Haines, Esq.
1020 Garces Avenue
Las Vegas, NV 89101
702-880-5554

Approved/Disapproved

*Emailed 07/14/10-no response received*___
Kathleen A. Leavitt
201 Las Vegas Blvd., SO #200
Las Vegas, NV 89101
702-853-0700

<u>ALTERNATIVE METHOD re; RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: George Haines-signed 07/15/10

Unrepresented parties appearing: None

Trustee: Kathleen A. Leavitt- Emailed 07/14/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###

*Rev. 12.09*                                                                                       M&H File No. NV-10-23801
                                                                                                                    10-13252-mkn